# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN H. RAFFENSBERGER,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 22-5216 |
| | : | |
| **CHERYL STEBERGER**, *et al.*, | : | |
| Respondents. | : | |

## ORDER

On December 27, 2022, Petitioner filed this § 2241 Petition (Doc. No. 2) seeking pretrial habaes relief.  On December 11, 2023, Magistrate Judge Pamela A. Carlos issued a Report and Recommendation (Doc. No. 14) that I dismiss the Petition without prejudice.  Petitioner has not filed any objections to the Report and Recommendation, which I have reviewed.

**AND NOW**, this 29th day of December, 2023, upon consideration of Magistrate Judge Pamela A. Carlos's Report and Recommendation (Doc. No. 14), and after an independent review of Petitioner's § 2241 Petition (Doc. No. 2), it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Petitioner's § 2241 Petition (Doc. No. 2) is **DISMISSED** without prejudice

3. A certificate of appealability shall **NOT ISSUE**; and

4. The **CLERK OF COURT** shall **CLOSE** this action.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.